E. J. CORUM, Petitioner-Appellant,

v.

Jacob B. GUNN, Warden,
Respondent-Appellee.

No. 75–2308.

United States Court of Appeals,
Ninth Circuit.

Sept. 2, 1976.

Allen Ruby (argued), Morgan, Ruby, Franich, Schofield & Bouchier, San Jose, Cal., for petitioner-appellant.

Stan Helfman, Atty. (argued), Atty. Gen. Office, San Francisco, Cal., for respondent-appellee.

Before WRIGHT and SNEED, Circuit Judges, and LUCAS,* District Judge.

PER CURIAM:

Petitioner, a prisoner in state custody, appeals from the denial of his petition for a writ of habeas corpus. This Court has jurisdiction under 28 U.S.C. § 2253.

The issue raised by petitioner, that he was denied effective assistance of counsel at his 1963 conviction for kidnapping, was fully litigated at a state court hearing in 1971 when petitioner sought to strike his 1963 conviction as a prior offense. The state court determined that issue against petitioner, and the district court properly presumed that finding to be valid. 28 U.S.C. § 2254(d); *Hill v. Nelson,* 466 F.2d 1346 (9th Cir. 1972).

The judgment of the district court is affirmed.

AFFIRMED.